IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FINGER FURNITURE COMPANY, INC., § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-05-0299 |
| § § | |
| MATTRESS FIRM, INC. d/b/a THE MATTRESS FIRM, § § § | |
| Defendant. § | |

## FINAL JUDGMENT

As Defendant Mattress Firm, Inc.'s Motion to Dismiss for Lack of Subject matter Jurisdiction and for Failure to State a Claim (Document No. 10) has been granted, the Court hereby

ORDERS that final judgment be entered in favor of Defendant Mattress Firm, Inc. Plaintiff Finger Furniture Company, Inc.'s claims against Defendant are DISMISSED without prejudice. Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 1st day of July, 2005.

_____
DAVID HITTNER
United States District Judge